### WILKERSON et al. v. DAVIS et al. (No. 6736.)

(Court of Civil Appeals of Texas. Austin. Oct. 10, 1923.)

1. **Appeal and error ⬤⟿395—Motion to dismiss appeal for failure to file appeal bond in time granted.**

Where an appeal bond was not filed within the time prescribed by Vernon's Sayles' Ann. Civ. St. 1914, art. 2084, appellee's motion to dismiss for that reason will be granted.

2. **Appeal and error ⬤⟿630—Appellant whose appeal was dismissed held entitled to withdrawal of statement of facts.**

Where appellant's appeal on motion of appellee was dismissed for failure to file appeal bond, within the time prescribed by Vernon's Sayles' Ann. Civ. St. 1914, art. 2084, appellant was entitled, under rule 62 (142 S. W. xvi), to withdrawal of the statement of facts, where the record did not contain original papers belonging to the adverse party.

Appeal from District Court, Milam County; John Watson, Judge.

Suit between W. A. Wilkerson and others, appellants, against Maud Davis and others, appellees. On motion to dismiss. Appeal dismissed, with leave to appellants to withdraw statement of facts.

W. A. Morrison, of Cameron, for appellants.

Thos. V. Adams, of Buckholts, and Chambers, Wallace & Gillis, of Cameron, for the motion to dismiss on behalf of appellees.

BAUGH, J. [1] It is admitted by both appellants and appellees that the appeal bond in this case was not filed within the time prescribed by article 2084, Vernon's Sayles' Revised Civil Statutes 1914. Appellees have filed a motion to dismiss the appeal for that reason; and the appellants virtually admit in their reply that such motion is good. The courts have repeatedly held in such case the appeal must be dismissed. See Harvey v. Cummings et al., 62 Tex. 186; Fryer v. Headlee et al. (Tex. Civ. App.) 218 S. W. 654. Motion to dismiss appeal is granted.

[2] In their reply appellants ask permission, in case the appeal is dismissed, to withdraw the statement of facts. Under rule 62 of the Court of Civil Appeals (142 S. W.

xvi) an appellant is entitled to such permission, unless the record contains original papers belonging to the adverse party. No such papers appear in this case, and the leave requested is therefore granted to appellants by the court.

Motion granted.